Printed on: 01/14/2017 | Page 1 of 1
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016
**Case Number: 14-20604 (ABA)**

Hector J. Mercado
28 North Vassar Square
Ventnor, NJ 08406

Monthly Payment: $717.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2016 | $717.00 | 02/17/2016 | $717.00 | 03/15/2016 | $717.00 | 04/20/2016 | $717.00 |
| 05/16/2016 | $717.00 | 05/27/2016 | $717.00 | 06/29/2016 | $717.00 | 08/01/2016 | $717.00 |
| 09/12/2016 | $717.00 | 10/20/2016 | $717.00 | 11/22/2016 | $717.00 | 12/16/2016 | $717.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HECTOR J. MERCADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOHN J. HUTT, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 0 | JOHN J. HUTT, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,794.61 | $0.00 | $2,794.61 | $0.00 |
| 2 | COMCAST CABLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LUCIA MERCADO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE, LLC | 24 | $31,358.03 | $15,654.93 | $15,703.10 | $6,807.67 |
| 5 | CITY OF VENTNOR | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2014 | 8.00 | $0.00 |
| 02/01/2015 | Paid to Date | $3,925.00 |
| 03/01/2015 | 51.00 | $717.00 |
| 06/01/2019 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,604.00 |
| Total paid to creditors this period: | $7,307.67 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,434.00 |
| Attorney: | JOHN J. HUTT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**