UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Rd.
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq. SAS-0833

| | |
|---|---|
| In Re:<br><br>Hector J. Mercado | Case No.: _____14-20604_____<br><br>Judge: _____ABA_____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☐ Motion for Relief from the Automatic Stay filed by _____ ,
   creditor,

   A hearing has been scheduled for _____, at _____.


   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.


   ☒ Certification of Default filed by <u>Isabel C. Balboa- Standing Trustee,</u>

   I am requesting a hearing be scheduled on this matter.


2.     I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not
   been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):
My income has been reduced since my casewas filed. I went to being a casino dealer to doing catering at Atlantic City Airport- was laid off from that job- and now I am at the Borgaga- but I could not take a part time dealing jobas we would have no medical benefits- so I work full time in EVS- which is less pay but has medical benefits.  My wife was laid off from the Taj Mahal and her income is less.

☒  Other (**explain your answer**):
I am in this case for over 3 years, and my mortgage would be paid off in 2019 if all the mortgage payments are made. I do not want to lose our hose so I may be applying for a loan modification through the Bakruptcy- and that will help us deal with the mortgae motion- I now owe them for two months. I wil resume the trustee payments in September- I made a payment in August.

3.    This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: ___8/28/17___

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*