UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Rd.
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq. SAS-0833

In Re:

Hector J. Mercado

Case No.: __14-20604__

Judge: __ABA__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Nationstar Mortgage__, creditor,

   A hearing has been scheduled for __September 5, 2017__, at __10:00__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I filed in 2014. I have been current with Mortgage and Trustee payments until June / July. My wife and I have had reductions in both of our incomes. I was a full time dealer at Bally's then I was laid off after 10 years. I worked at Atlantic City Airport for 4 years and was laid off. My wife was a full time dealer for 26 years at the Taj Mahal which closed- and now is a part time dealer at Resorts.

☒ Other **(explain your answer)**:
I now work for the Borgata- but as an EVS worker. I could transfer to a dealing position but we then would have no medical benefits so I am keeping the EVS job for now. When the motion was filed- I was just a payment and part of a payment behind. I will have at least one payment for the mortgage by the hearing date. I may also be applying for the loss mitigation program for the mortgage.

I really do not want to lose our house. We are close to having it paid off. The Principle balance of the loan at the end of 2016 was $39,533.39. The motion paperwork now has it at $31,929.54. I have $1,338.36 in suspense according to their history. The Trustee shows that The mortgage arrears of $31,358.03 when the case has been filed is now $11,736.68 so the Total that we owe on the mortgage is about $51,000.00.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/29/2017      /s/Hector J. Mercado
Debtor's Signature

Date: _____      _____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.