---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Road
Building 200- Suite C
Galloway, N J 08205
By: Steven A. Silnutzer, Esq. SAS-0833

---

In Re:

Hector J. Mercado

Case No.: __14-20604__

Chapter: __13__

Judge: __ABA__

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Steven A. Silnutzer, Esq.__ will be substituted as attorney of record for __Hector J. Mercado__, _____ in this case.[1]

Date: 8/30/2017

/s/John J. Hutt
Signature of Former Attorney

Date: 8/30/2017

/s/Steven A. Silnutzer
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.