STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200, Suite C
Galloway, NJ 08205
(609) 748-6100
Attorney for Debtor:
Steven A. Silnutzer, Esq.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In RE: | Case No. 14-20604 (ABA) |
| MERCADO, Hector J. | Chapter 13 |
| Debtor | NOTICE OF MOTION TO ENTER INTO LOSS MITIGATION PROGRAM |

Notice to:

| Isabel C. Balboa | Nationstar Mortgage | Nationstar Mortgage |
|---|---|---|
| Chapter 13 Standing Trustee | c/o Stern Lavinthal & Frankenberg, LLC | c/o Shapiro & DeNardo, LLC |
| Cherry Tree Corporate Center | Attn: Ashley Rose, Esq. | Attn: Charles Wohlrab, Esq. |
| 535 Route 38, Suite 580 | 105 Eisenhower Parkway | 14000 Commerce Parkway |
| Cherry Hill, NJ 08002 | Suite 302 | Suite B |
| | Roseland, NJ 07068 | Mount Laurel, NJ 08054 |

TAKE NOTICE that the Debtor, Hector J. Mercado, through his attorney, Steven A. Silnutzer, shall move before the U.S. Bankruptcy Court, 401 Market Street, Camden, New Jersey 08101, on the  3rd  day of October 2017 at 10:00am, seeking an order allowing the debtor to enter into the Bankruptcy Loss Mitigation Program on the following grounds: Mr. Mercado is interested in applying for a loan modification that would allow him to retain his home.

The Debtors shall rely on the attached certifications and arguments of counsel. No brief is necessary as the issues herein are straight forward. Oral argument is requested.

Please note that should you object to the relief requested in this motion, that you must serve your written objection no later than seven (7) days prior to the hearing date to the United States Bankruptcy Court, 401 Market Street, 2nd Floor, PO Box 2067, Camden, NJ 08101, and serve a copy to my office as well.

**STEVEN A. SILNUTZER, P.C.**

Dated: September 11, 2017          /s/ Steven A. Silnutzer, Esq.