UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200 Suite C
Galloway, NJ 08205
(609) 748-6100
Attorney for Debtor(s):
Steven A. Silnutzer, Esq.     SAS-0833

Case No.: 14-20604
Chapter: 13
Adv. No.: 
Hearing Date: 
Judge: ABA

In Re:

Hector J. Mercado

## CERTIFICATION OF SERVICE

1. I, __Christina Thissell__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Steven A. Silnutzer, PC__, who represents __the debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 28, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application to Extend Loss Mitigation
   Proposed Order to Extend Loss Mitigation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 28, 2017__    /s/ Christina Thissell
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Elec. Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage<br>c/o Stern Lavinthal & Frankenberg, LLC<br>Attn: Ashley Rose, Esq.<br>105 Eisenhower Parkway<br>Suite 302<br>Roseland, NJ 07068 | agent for certified service as as attorney for Nationstar Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage<br>c/o Shapiro & DeNardo, LLC<br>Attn: Charles Wohlrab, Esq.<br>14000 Commerce Parkway<br>Suite B<br>Mount Laurel, NJ 08054 | For notice only as a secured creditor in this bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |