Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 14−20604−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector J Mercado
   28 N Vassar Square
   Ventnor, NJ 08406

Social Security No.:
   xxx−xx−5270

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 20, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 64
Order Granting Application for Extension of Loss Mitigation (Related Doc # 64). Loss Mitigation Period Extended to: 9/29/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/20/2018. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 20, 2018
JAN: bc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Hector J Mercado  
    Debtor

Case No. 14-20604-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2018  
               Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
```
cr              +BSI Financial Services,   85 Broad Street,   Suite 501,   New York, NY 10004-1734
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Rhondi L. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC
           njbankruptcynotifications@logs.com
          Steven A. Silnutzer    on behalf of Debtor Hector J Mercado stevenasil2000@yahoo.com,
           G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                                             TOTAL: 10
```