Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 14-20604 (ABA)**

Hector J. Mercado  
28 North Vassar Square  
Ventnor, NJ  08406

Monthly Payment: $774.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/06/2018 | $774.00 | 03/05/2018 | $774.00 | 04/10/2018 | $774.00 | 05/07/2018 | $774.00 |
| 05/31/2018 | $774.00 | 07/03/2018 | $774.00 | 07/27/2018 | $774.00 | 08/29/2018 | $774.00 |
| 10/05/2018 | $774.00 | 11/05/2018 | $774.00 | 12/04/2018 | $774.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HECTOR J. MERCADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOHN J. HUTT, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 0 | JOHN J. HUTT, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | STEVEN A. SILNUTZER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,794.61 | $0.00 | $2,794.61 | $0.00 |
| 2 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LUCIA MERCADO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | U.S. BANK, N.A. | 24 | $31,358.03 | $30,891.55 | $466.48 | $7,843.73 |
| 5 | CITY OF VENTNOR CITY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2014 | 41.00 | $0.00 |
| 11/01/2017 | Paid to Date | $26,035.00 |
| 12/01/2017 | 18.00 | $774.00 |
| 06/01/2019 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $8,514.00 |
| Total paid to creditors this period: | $7,843.73 |
| Undistributed Funds on Hand: | $710.53 |
| Arrearages: | $774.00 |
| Attorney: | STEVEN A. SILNUTZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**